JUDGE EWING WERLEIN, JR.
Case Manager    Marilyn Flores                    Court Reporter Donna Prather
USPO  Candice Shetsky and Deyanira Loredo          Interpreter No
Time:   10:42 a.m. to 12:40 p.m.                   DATE April 3, 2026
-----------------------------------------------------------------------------------------------------

## CR. No. H-23-430

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Casey MacDonald, AUSA |
| | § | |
| vs. | § | |
| | § | |
| CYRUS KOUROSH BOUJABADI (01) | § | Norman Silverman, Retained |

-----------------------------------------------------------------------------------------------------

## SENTENCING

  X     Sentencing held on **Ct(s) 1ss and 11ss**  pursuant to a **Guilty Plea** on 6/6/2025.

  X     **SENTENCE:** Ct(s) **1ss and 11ss**   BOP Custody for a total of **240 months.**
        (240 months BOP custody as to Ct 1ss and 120 months BOP custody as to Ct 11ss to run
        concurrently for a total of 240 months)
        **Supervised Release Term** for a total of **3** yrs (as to each of Cts 1ss and 11ss to run
        concurrently for a total of 3 yrs)
        **Fine :  $5,000**
        Payments are to be made to the U.S.D.C. in installments of $30.00 per quarter or  ½ of
        prison earnings, whichever is greater, while incarcerated, and in the amount of $ 100.00
        per month, after release, to begin within 60 days of judgment or release from
        incarceration.
        **$100 Special Assessment** on each of Ct(s) **1ss and 11ss** for a total of **$ 200.00** due
        immediately.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the Mandatory Conditions of Supervision as approved by the Judicial Conference, and required by law, and shall comply with the Standard Conditions as adopted by the Court in General Order 2025-22, and with the additional Special Conditions for the reasons outlined in the Appendix to the PSR.

Recommendation to the Federal Bureau of Prisons to consider Defendant's previously noted mental health factors and determine eligibility and availability of mental health services.

  X    TIME TO SERVE    X    WRITTEN NOTICE REGARDING APPEAL RIGHTS
        Total Offense Level: 41                    Crim. History Cat.: I
        Custody Range: 324-360 months as to Ct 1ss     Fine Range:  $50,000 - $1,500,000
        but not more than 20 yrs, and not more than 10
        yrs as to Ct 11ss

  X    Downward Departure imposed as stated on the record;

  X    Order for Forfeiture at Sentencing signed;

  X    Dft **REMANDED** to custody;

  X    Terminate other settings and motions for this defendant