United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:23-cr-430-S2 |
| | § | |
| CYRUS KOUROSH BOUJABADI, | § | |
| Defendant | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture issued June 11, 2025 (Doc. No. 407) forfeiting real property is final as to the Defendant Cyrus Kourosh Boujabadi and remains preliminary as to third parties until the ancillary proceeding is concluded.   Fed. R. Crim. P. 32.2 (b)(4)(A).

Pursuant to Fed. R. Crim. P. 32.2 (b)(4)(B), this order shall be made part of the defendant's sentence and included in the judgment.

SIGNED on this the _3rd_ day of April 2026.

EWING WERLEIN, JR.
United States District Judge